York denied. *Mr. Robert E. Whalen* and *Mr. Frank V. Whiting* for petitioner. *Mr. Merton E. Lewis* and *Mr. E. Clarence Aiken* for respondent.

---

No. 489. GULFPORT TOWING COMPANY, CLAIMANT, ETC., *v.* OLLINGER & BRUCE DRY DOCK COMPANY. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Palmer Pillans* for petitioner. *Mr. Harry T. Smith* for respondent.

---

No. 490. CLAUDE A. P. TURNER *v.* LAUTER PIANO COMPANY ET AL. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank A. Whiteley* and *Mr. Arthur McGuirk* for petitioner. *Mr. Amasa C. Paul* and *Mr. Edward Rector* for respondents.

---

No. 495. J. CAREY KING *v.* FRED B. RHODES. October 21, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. William Meyer Lewin* and *Mr. Walter C. Balderston* for petitioner. No appearance for respondent.

---

No. 503. HERBERT E. EDWARDS *v.* UNITED STATES. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Luther Day* and *Mr. Rufus S. Day* for petitioner. *The Solicitor General* for the United States.